UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARA HUGHES,

    Plaintiff,

v

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No: 1:08-cv-700

HON. JANET T. NEFF

## **JUDGMENT**

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation, recommending that this Court affirm the Commissioner's decision. The Report and Recommendation was duly served on the parties. No objections have been filed, see 28 U.S.C. § 636(b)(1), and the Court issues this Judgment pursuant to FED. R. CIV. P. 58.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt July 29, 2009) is APPROVED and ADOPTED as the opinion of the Court and the decision of the Commissioner of Social Security is AFFIRMED.


Dated: August 19, 2009                /s/Janet T. Neff
                                                                      JANET T. NEFF
                                                                      United States District Judge